**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1613

DORA L. ADKINS,

Plaintiff - Appellant,

v.

TYSON'S LODGING, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00553-AJT-WEF)

Submitted:  August 23, 2022                    Decided:  August 25, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order adopting the recommendation of the magistrate judge and denying her request for leave to file an emergency complaint and the court's order construing her motion for leave to file an amended emergency complaint as a Fed. R. Civ. P. 60 motion and denying it. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Adkins v. Tyson's Lodging, LLC*, No. 1:22-cv-00553-AJT-WEF (E.D. Va. filed May 31, 2022, entered June 1, 2022; June 8, 2022). We grant Adkins' motion to replace her informal brief, treat her motion regarding Rule 60 as a motion to supplement her informal brief and grant that motion, and deny her motion to vacate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*